1  BONONI LAW GROUP, LLP
   William S. Waldo (SBN 073973)
2  Melissa S. Daghighian (SBN 251570)
   515 South Figueroa Street, Suite 1900
3  Los Angeles, California 90071
   Telephone:     (213) 553-9200
4  Facsimile:     (213) 553-9215

5  Attorneys for Defendant, Viking SupplyNet, Inc.

6  LAW OFFICES OF GREGORY A. THYBERG
   Gregory A. Thyberg (SBN 102132)
7  101 Parkshore Drive, Suite 100
   Folsom, California 95630
8  Telephone:     (916) 932-2901

9  Attorneys for Plaintiff, Eric Williams

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WILLIAMS, an individual, | **Case No. 2:09-CV-01111-WBS-EFB** |
| Plaintiff, | |
| vs. | **STIPULATION RE: DISMISSAL WITH PREJUDICE; AND ORDER THEREON** |
| VIKING SUPPLYNET, INC., a Corporation and DOES 1-100, inclusive, | |
| Defendants. | |

STIPULATION RE: DISMISSAL WITH PREJUDICE; AND ORDER THEREON

**BONONI LAW GROUP, LLP**

IT IS HEREBY STIPULATED, by the parties herein through their respective counsel of record, that the above-captioned action be dismissed, with prejudice, pursuant to F.R.C.P. 41(a)(2).  Each party will bear their own costs and attorney's fees.  The parties further stipulate that the Court will retain jurisdiction to enforce the terms of the settlement agreement between the parties.

Dated: July 8, 2009         BONONI LAW GROUP, LLP


By:     /s/ William S. Waldo
        William S. Waldo, Esq.
        Melissa S. Daghighian, Esq.
        Attorneys for Defendants
        Viking Supplynet, Inc.

Dated: June 30, 2009        LAW OFFICES OF GREGORY A. THYBERG


By:     /s/ Gregory A. Thyberg
        Gregory A. Thyberg
        Attorney for Plaintiff
        Eric Williams


IT IS SO ORDERED.


Dated: July 29, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE